# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ian Olson, | Case No. 21-cv-1576 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| Macalester College | |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

DATED:  June 7, 2022                           *s/Elizabeth Cowan Wright*
                                                                ELIZABETH COWAN WRIGHT
                                                                United States Magistrate Judge