IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Ian Olson, | Case No. 21-cv-1576 (ECT/DTS) |
| Plaintiff, | |
| v. | **NON-PARTY JANE ROE'S MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL NON-PARTY WITNESSES TO COMPLY WITH SUBPOENA** |
| Macalester College, | |
| Defendant. | |

Non-Party Jane Roe opposes Plaintiff's motion to compel her compliance with Plaintiff's subpoena on her and incorporates by reference her memorandum in support of her motion to quash the subpoena [ECF 37].

Dated:  June 21, 2022              **GREENE ESPEL PLLP**

 s/ Jenny Gassman-Pines
Jenny Gassman-Pines, Reg. No. 0386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
jgassman-pines@greeneespel.com
(612) 373-0830

Attorneys for Non-Party Jane Roe