# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
CIVIL MOTION HEARING

|  |  |
|---|---|
| Ian Olson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Macalester College,<br><br>　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE:  Tony N. Leung<br>U.S. Magistrate Judge<br><br>Case No:           21-cv-1576 (ECT/TNL)<br>Date:              July 27, 2022<br>Court Reporter:    Paula Richter<br>Courthouse:        Minneapolis<br>Courtroom:         Zoom<br>Time Commenced:    2:02 p.m.<br>Time Concluded:    3:44 p.m.<br>Sealed Hearing Time:   N/A<br>Time in Court:   1 hour and 42 minutes |

## HEARING ON:

A hearing was held regarding Plaintiff Ian Olson's Motion to Compel Non-Party Witness Jane Roe to Comply with Subpoena, ECF No. 28; Non-Party Movant Jane Roe's Motion to Quash Subpoena, ECF No. 37; and Defendant Macalester College's Motion for Protective Order, ECF No. 49.

## APPEARANCES:

| | |
|---|---|
| Plaintiff Ian Olson: | Michael Thad Allen, Allen Harris PLLC |
| Defendant Macalester College: | Timothy M. Sullivan, Somermeyer Sullivan PLLC |
| Non-Party Movant Jane Roe: | Jenny Gassman-Pines, Greene Espel PLLP |

## REMARKS:

For the reasons stated on the record, which are expressly incorporated herein by reference:

Plaintiff's Motion to Compel Non-Party Witness Jane Roe to Comply with Subpoena, ECF No. 28, was **DENIED**; Non-Party Movant's Motion to Quash Subpoena, ECF No. 37, was **GRANTED**; and Defendant Macalester College's Motion for Protective Order, ECF No. 49, was **DENIED AS MOOT**.

Any references to the identity of Jane Roe shall be redacted from the transcript of this hearing.

☐ORDER TO BE ISSUED  ☒NO ORDER TO BE ISSUED     ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Kelly*
　　　　　　　　　　　　　　　　　　　　　　　　Law Clerk to Magistrate Judge Leung