## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ian Olson, | Case No. 21-cv-1576 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Macalester College, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation to Modify Pretrial Scheduling Order to Extend Dispositive Motion and Trial-Ready Deadlines ("Joint Stipulation") (ECF No. 72). The parties jointly request that the current deadline of December 1, 2022 to file and serve dispositive motions (ECF No. 67 ¶ 5.a) be extended to January 19, 2023, so that it falls after the settlement conference scheduled for December 5, 2022 (ECF No. 71). The parties similarly request that the current trial-ready deadline of April 3, 2023 (ECF No. 67 ¶ 7.a) be extended by a corresponding length to May 22, 2023.

The parties believe that the likelihood of reaching a settlement at the December 5 conference, which will be the first settlement conference in this action, is greater if the parties do not have to incur most or all of the time and expense required to prepare and file dispositive motion(s) beforehand. (ECF No. 72.)

Having reviewed the Joint Stipulation, the Court finds good cause to approve it and to extend the dispositive motion deadline to January 19, 2023 and the trial-ready deadline to May 22, 2023. All other deadlines and requirements of the Third Amended Pretrial Scheduling Order (ECF No. 67) remain in full force and effect.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The parties' Joint Stipulation to Modify Pretrial Scheduling Order to Extend Dispositive Motion and Trial-Ready Deadlines (ECF No. [72]) is **APPROVED**;

2. All dispositive motions must be filed and served by the moving party on or before January 19, 2023;

3. This case shall be ready for a jury trial on May 22, 2023; and

4. All other deadlines and requirements of the Third Amended Pretrial Scheduling Order (ECF No. [67]) remain in full force and effect.

Dated: October 19, 2022

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge