UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ian Olson, | File No. 21-cv-1576 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION AND REPLY** |
| Macalester College, | |
| Defendant. | |

---

Plaintiff Olson filed a Motion to Extend Time to Oppose and to Reply in Support of Defendant's Dispositive Motions, ECF No. 92. Plaintiff asks for an extension of seven days to oppose or otherwise respond to Defendant's Motion for Summary Judgment, ECF No. 77, and Motion to Exclude Experts, ECF No. 86. Based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. Plaintiff Olson's Motion to Extend Time to Oppose and to Reply in Support of Defendant's Dispositive Motions [ECF No. 92] is **GRANTED**.

2. Any opposition to Defendant's Motion for Summary Judgment [ECF No. 77] or Motion to Exclude Experts [ECF No. 86] shall be filed on or before **February 16, 2023**. Defendant's deadline to file any reply brief is likewise extended by seven days.

Dated: February 6, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court