# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Ian Olson, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Eric C. Tostrud |
| | U.S. District Judge |
| v. | |
| | Case No: 21-cv-1576 ECT/DJF |
| Macalester College, | Date: March 20, 2023 |
| | Court Reporter: Erin Drost |
| Defendant. | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 9:00 a.m. |
| | Time Concluded: 10:43 a.m. |
| | Time in Court: 1 Hour 43 Minutes |

**APPEARANCES:**

Plaintiff:   Michael Allen, Allen Harris PLLC

Defendant:   Sean Somermeyer, Timothy Sullivan and Nina Harris, Somermeyer Sullivan PLLC

**HEARING ON:**

Motion for Summary Judgment filed by Macalester College.  [ECF No. 77]

Motion to Exclude Expert Testimony of Frank Dattilio and Susan Brandon filed by Macalester College.  [ECF No. 86]

**PROCEEDINGS:**

The motions were moved, argued and taken under advisement.  Order to follow.

s/ R. Morton
Courtroom Deputy