UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ian Olson,  File No. 21-cv-1576 (ECT/DJF)

    Plaintiff,

v.  **ORDER**

Macalester College,

    Defendant.

---

A hearing on Defendant's motions for summary judgment and to exclude expert testimony occurred on March 20, 2023. ECF No. 106. The motions were taken under advisement. On May 15, 2023, Plaintiff filed an unsolicited "Notice of Supplemental Authority" that included two pages of argument, framed ostensibly as a summary of a Fifth Circuit case. ECF No. 107.

Under the Federal Rules of Civil Procedure and the Local Rules of the District of Minnesota, a party may not file supplemental authorities without leave of court. As a practical matter, however, supplemental case citations can be helpful and—provided they are not used to assert new or additional arguments omitted from briefs—cause no prejudice. Because Plaintiff did not seek leave of court and the filing contains more than just a case citation, it is considered an impermissible surreply. But rather than striking the Notice of Supplemental Authority, Defendant will have the opportunity to respond in a brief, addressing the Fifth Circuit case with the same or fewer number of words.

Based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT** Defendant may file a response to Plaintiff's Notice of Supplemental Authority [ECF No. 107] **on or before May 23, 2023**.

Dated: May 17, 2023                                          s/ Eric C. Tostrud
                                                             Eric C. Tostrud
                                                             United States District Court