# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Ian Olson | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-01576-ECT-DJF |
| Macalester College | |
| Defendant(s). | |
| Movant | |
| Jane Roe | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Macalester College's Motion to Exclude Expert Testimony [ECF No. 86] is **GRANTED IN PART** and **DENIED IN PART** as explained in Part II, above.

2. Defendant Macalester College's Motion for Summary Judgment [ECF No. 77] is **GRANTED**.

3. Plaintiff Ian Olson's Complaint is **DISMISSED WITH PREJUDICE**.

Date: 7/6/2023                                                                          KATE M. FOGARTY, CLERK