UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ian Olson,

Plaintiff,

v.                                                                    21-cv-1576 ECT/DJF

Macalester College,

Defendant.

## COST JUDGMENT

The costs of the Defendant, Macalester College, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Ian Olson, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees for Transcripts | $10,271.80 | $10,271.80 |
| Fees for Copies | $469.02 | $469.02 |
| Fees for Witnesses | $3,600.00 | $80.00 |
| Total | $14,340.82 | $10,820.82 |

Costs, therefore, are taxed against the Plaintiff, Ian Olson, in the amount of $10,820.82 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on October 26, 2023.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk